Opinion issued June 20, 2008 

corrected




 





In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00362-CR

____________


IN RE KENNETH WAYNE MCKINNEY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Kenneth Wayne McKinney, filed in this Court a pro se petition (1) for
writ of mandamus asking that we order respondent (2) to lower or reduce relator's
bond to $25, 000.00 in cause number 1152170, and rule on various pro se motions
that relator alleges he filed in that case. The petition for writ of mandamus is
denied.

PER CURIAMPanel consists of Justices Nuchia, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent states in his petition that he is represented in the trial court by
appointed counsel, James Dennis Smith.
2. Respondent is the Hon. Susan Brown, Judge, 185th District Court, Harris
County.